**Order entered December 11, 2015**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-15-01398-CV

---

### IN RE TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Relator

---

### Original Proceeding from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-22005

---

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we dismiss the petition for writ of mandamus for want of jurisdiction. We **ORDER** the parties to bear their own expenses with regard to this original proceeding.


/s/    MOLLY FRANCIS
       JUSTICE